**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**In re:**

**SAMUEL WOODS and**                                           Case No.
**DEBBIE JONES WOODS,**                                        Chapter 13
    **Debtor(s).**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) SAMUEL WOODS | S.S.# XXX-XX-0917 |
| | (W) DEBBIE JONES WOODS | S.S.# XXX-XX-1390 |
| ADDRESS: | 7061 KINGS CROWN DRIVE | |
| | MEMPHIS, TENNESSEE 38125-4182 | |
| PLAN PAYMENT: | Debtor(s) to pay $ 65.00 | ( every two weeks ) |
| PAYROLL DEDUCTION: | Wal-Mart, Attn. Payroll Dept. | OR ( ) DIRECT PAY |
| | P.O. Box 82 | BECAUSE: |
| | Bentonville, AR 72716-0082 | FIRSTPAYMENT DATE: 09/30/2011 |
| PLACE OF EMPLOYMENT: | | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

                                                                                    **MONTHLY PLAN PMT.**

| | | |
|---|---|---|
| AUTO INSURANCE: | (X) Not included in Plan   ( ) Included in Plan | $ |
| CHILD SUPPORT: | Future support through Plan to | $ |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | | $ |
| | | $ |
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | |
| CITIFINANCIAL MORTGAGE CO. | ongoing pmt. begin Current , 200____ | $ Direct Pay |
| | Approx. arrearage _____ Interest ____% | $ |
| | ongoing pmt. begin _____, 200____ | $ |
| | Approx. arrearage _____ Interest ____% | $ |

| SECURED CREDITORS: | VALUE | RATE OF | MONTHLY |
|---|---|---|---|
| (retain lien 11 U.S.C. § 1325{a}{5}) | COLLATERAL | INTEREST | PLAN PMT. |
| NONE | $ | % | $ N/A |
| | $ | % | $ |
| | $ | % | $ |
| | $ | % | $ |

UNSECURED CREDITORS:   Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive to be determined%.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:   $50,000.00
TERMINATION:   Plan shall terminate upon payment of the above, approximately 60 months.

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT. FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.